No. 90–1115. STEVENS, DISTRICT ATTORNEY OF LUZERNE COUNTY, PENNSYLVANIA *v.* BUCHANAN. Sup. Ct. Pa. Certiorari denied.

No. 90–1117. METROPOLITAN DADE COUNTY, FLORIDA, ET AL. *v.* MEEK ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1128. KIRBY, PERSONAL REPRESENTATIVE OF THE ESTATE OF KIRBY, DECEASED *v.* OMI CORP. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 90–1132. COOKSEY *v.* ABRAMS ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1133. WYATT *v.* THOMAS ET AL. Sup. Ct. Va. Certiorari denied.

No. 90–1140. GARRIE *v.* JAMES L. GRAY, INC. C. A. 5th Cir. Certiorari denied.

No. 90–1144. SHARMA ET AL. *v.* SKAARUP SHIP MANAGEMENT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1155. FROMSON *v.* WESTERN LITHO PLATE & SUPPLY CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 90–1171. COMMUNITY NATIONAL BANK *v.* SHERK. C. A. 5th Cir. Certiorari denied.

No. 90–1233. KEOHANE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–5405. BRUNDAGE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–5962. CARTER *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 90–6185. CORTES *v.* BELASKI, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6241. PARIS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.